AO 440 (Rev. 06/12) Summons in a Civil Action

# PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(l))*

Case No. 2:24-cv-10013-MAG-CI

This summons for *(name of individual and title, if any)* __Robert Possanza__

was received by me on *(date)* __1/8/24__

[✓] I personally served the summons on the individual at *(place)* __Iron County Medical Care Facility (Admin) 1523 US-2, Crystal Falls, MI__ on *(date)* __Tuesday 1/9/24 1403 (by appointment)__ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on (date) _____ ; or

[ ] I returned the summons unexecuted because _____ ; or

[ ] Other: *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under the penalty of perjury that this information is true.

Date: __1/10/24__

Server's Signature

__Mark Ranney - Process Server__
Printed Name and Title

__POB 2826, Kingsford, MI 49802__
Server's address

__906-239-7427__

Additional information regarding attempted service, etc.:

RPoss+  1/9/24   |   Packet: 99 pages