**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| THE CASCADES OF IRON RIVER HOLDINGS, LLC, and BENJAMIN T. FRIEDMAN,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>IRON RIVER LAND COMPANY, LLC, and ROBERT W. POSSANZA, JR.,<br><br>　　　　Defendants. | Case No. 24-cv-10013 |

**APPEARANCE**

TO:   CLERK OF THE COURT

　　PLEASE enter my Appearance, this date, on behalf of Defendants, IRON RIVER LAND COMPANY, LLC, and ROBERT W. POSSANZA, JR., in this matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　IRON RIVER LAND COMPANY, LLC
　　　　　　　　　　　　　　　　　　and ROBERT W. POSSANZA, JR.
　　　　　　　　　　　　　　　　　　Defendants

　　　　　　　　　　　　　　　　　　 */s/ Stuart A. Lebenbom*
　　　　　　　　　　　　　　　　　　Stuart A. Lebenbom (P42879)

Stuart A. Lebenbom (P42879)
2701 Troy Center Drive, Suite 450
Troy, MI 48084
(248) 519-1000 / Fax: (248) 519-1110
slebenbom@lebenbom.com

Dated: January 23, 2024

1

## NOTICE OF APPEARANCE

TO: Ross Good, Esq.
LOFTUS & EISENBERG, LTD.
161 N. Clark, Suite 1600
Chicago, IL 60601
ross@loftusandeisenberg.com

PLEASE TAKE NOTICE that I have, this date, entered my Appearance on behalf of Defendants, IRON RIVER LAND COMPANY, LLC, and ROBERT W. POSSANZA, JR., , in this matter.

    Respectfully submitted,

    IRON RIVER LAND COMPANY, LLC
    and ROBERT W. POSSANZA, JR.
    Defendants

    */s/ Stuart A. Lebenbom*
    Stuart A. Lebenbom (P42879)

Stuart A. Lebenbom (P42879)
2701 Troy Center Drive, Suite 450
Troy, MI 48084
(248) 519-1000 / Fax: (248) 519-1110
slebenbom@lebenbom.com

Dated: January 23, 2024

### PROOF OF SERVICE

Vera Lev, states that on January 23, 2024, she submitted the foregoing document via CM ECF electronic service system which will e-serve this document upon all of the attorneys of record to this matter.

    */s/ Vera Lev*
    Vera Lev