UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN (DETROIT) DIVISION

THE CASCADES OF IRON RIVER HOLDINGS, LLC )
AND                                       )
BENJAMIN T. FRIEDMAN,                      )
                                          )
            PLAINTIFFS,                    )
                                          )   CIVIL ACTION NO. 24-CV-10013
-V-                                        )   HON. MARK A. GOLDSMITH
                                          )   MAGISTRATE HON. CURTIS IVY, JR.
IRON RIVER LAND COMPANY, LLC               )
AND                                       )
ROBERT W. POSSANZA, JR.,                   )
                                          )
            DEFENDANTS.

## <u>APPEARANCE OF COUNSEL</u>

TO:   Clerk of the Court
      All Attorneys of Record

      I am admitted or otherwise authorized to practice in this Court, and I appear

in this case as counsel for Defendants Iron River Land Company, LLC and Robert

W. Possanza, Jr.

                        Respectfully submitted,

                        **WOOD, KULL, HERSCHFUS, OBEE & KULL, P.C.**

                        By:   /s/ Brian H. Herschfus
                              Brian H. Herschfus P41567
                              *Attorneys for Defendants Iron River Land*
                              *Company, LLC and Robert W. Possanza, Jr.*
                              37000 Grand River Avenue, Suite 290
                              Farmington Hills, Michigan 48335
                              (248) 476-2000
Dated: February 7, 2024       bhh@woodkull.com

1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 7, 2024, I electronically filed the foregoing document using the Court's ECF system, which will automatically send notice of such filing to all attorneys of record. I further certify that I did not serve this document on any party via U.S. Mail.

Respectfully submitted,

**WOOD, KULL, HERSCHFUS, OBEE & KULL, P.C.**

By:     /s/ Brian H. Herschfus
          Brian H. Herschfus P41567
          *Attorneys for Defendants Iron River Land Company, LLC*
          *and Robert W. Possanza, Jr.*
          37000 Grand River Avenue, Suite 290
          Farmington Hills, Michigan 48335
          (248) 476-2000
Dated: February 7, 2024     bhh@woodkull.com