UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE CASCADES OF IRON RIVER
HOLDINGS, LLC, et al.,

      Plaintiffs,                                   Case No. 24-cv-10013

v.

                                                           HON. MARK A. GOLDSMITH

IRON RIVER LAND COMPANY,
LLC, et al.,

      Defendants.
_____/

## ORDER REGARDING JURISDICTION

Having reviewed the first amended complaint (Dkt. 7), the Court observes that the sole member of Defendant Iron River Land Company, LLC is alleged to be a citizen of and domiciled in Michigan, but the identity of the member is not alleged. Plaintiffs must file an amended complaint within three business days identifying that member. If the member is not an individual, then any constituent members and their citizenship(s) must be alleged, as well. Because the defect is not relevant to the pending motion to dismiss (Dkt. 11), that motion will remain active and be deemed applicable to the new amended complaint; Plaintiffs' time to respond to that motion will run from the date of the filing of the motion. Should Plaintiffs not timely comply with this order, the case may be dismissed without further notice.

SO ORDERED.

Dated: February 29, 2024                                 s/Mark A. Goldsmith
    Detroit, Michigan                                    MARK A. GOLDSMITH
                                                    United States District Judge