**Roy Polich**
**&**
**Associates**
A Professional
Corporation

**POLICH**
Law Office

117 W. Genesee Street
Iron River, MI 49935
906.265.5124
Fax: 906.265.4079

**Mailing Address**
P O Box 7
Iron River MI 49935
www.roypolichlaw.com

**Via E-mail and 1ˢᵗ Class Mail:**
btf@waterbridgehealthcare.com

February 1, 2022

Mr. Benjamin T. Friedman
Iron River Care Center
330 Lincoln Avenue
Iron River, MI  49935

Re:   Sale of the Iron River Care Center

Mr. Friedman:

Please be advised that Robert Possanza has requested that we respond to your e-mails that reference "significant financial obligations" originally dated December 31, 2021.

As you are aware this sale was closed many years ago. The seller allowed you to have access and right of inspection of all the facilities and financial information prior to closing.  Further, we understood that the facility was appraised as part of the closing. Unfettered access was granted to the appraiser, as well as any other inspection you requested.

The seller believes the assets and business sold were of the value paid at the time of the transaction. The roof was not represented or appraised as being new. In short, you bought the real property and the business in the condition it was at the time of closing.  Therefore, we do not believe any "significant financial obligations" exist.

Your time and consideration in this matter is appreciated.

Sincerely,

Roy P. Polich

*Roy P. Polich*
Licensed in Michigan
Wisconsin

*Caleb Tarsi*
Licensed in Michigan

www.roypolichlaw.com

RPP:lma
cc:   Robert Possanza
Possanza/sale of ICCC/ltr to Friedman 2.1.22