UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE CASCADES OF IRON
RIVER HOLDINGS, LLC, ET AL.,

                                                        Case No. 24-cv-10013
                                                        Hon. Brandy R. McMillion

                    Plaintiffs,

v.

IRON RIVER LAND COMPANY
LLC, ET AL.,

                    Defendants.
_____/

## **ORDER DIRECTING PLAINTIFF TO SECURE LOCAL COUNSEL**

On January 3, 2024, Ross M. Good appeared in this case (ECF No. 1). Mr. Good is an attorney with offices in Chicago, IL.

The Court notes that Eastern District of Michigan Local Rule 83.20(f), Local Counsel, provides:

> A member of the bar of this court who appears as attorney of record in the district court and is not an active member of the State Bar of Michigan must specify as local counsel a member of the bar of this court with an office in the district. Local counsel must enter an appearance and have the authority and responsibility to conduct the case if non-local counsel does not do so. On application, the Court may relieve an attorney who is not an active member of the State Bar of Michigan of the obligation to specify local counsel.

E.D. Mich. L.R. 83.20(f)(1). In addition, "[l]ocal counsel must attend each scheduled appearance on the case unless the Court, on its own motion or on motion or request of a party, dispenses with the requirement." *Id.* at (f)(2).

Accordingly, the Court **ORDERS** Plaintiff to secure local counsel pursuant to E.D. Mich. LR 83.20(f), and local counsel must enter an appearance in this case by **May 8, 2024.**

**IT IS SO ORDERED.**

Dated: April 8, 2024                               s/Brandy R. McMillion
                                                   Hon. Brandy R. McMillion
                                                   United States istrict Judge