IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| The Cascades of Iron River Holdings, LLC and Benjamin T. Friedman,<br>    Plaintiffs<br>v<br>Iron River Land Company, LLC and Robert W. Possanza, Jr.,<br>    Defendants | Case No. 24-cv-10013<br>Hon. Brandy R. McMillion<br>Magistrate Curtis Ivy, Jr. |

_____

## APPEARANCE OF LOCAL COUNSEL

LOCAL RULE CERTIFICATION:  I, Sara Sturing, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts).  I also certify that it is the appropriate length.

    Sara Sturing of Aidenbaum Schloff and Bloom PLLC appears as local counsel for Plaintiffs.

                                            /s/ Sara Sturing
                                            Sara Sturing (P70928)
                                            Local Counsel for Plaintiffs
                                            Aidenbaum Schloff and Bloom PLLC
                                            6960 Orchard Lake Road, Suite 250
                                            West Bloomfield, MI 48322
                                            248-865-6500
April 23, 2024                              ssturing@aidenbaum.com

1