AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| The Cascades of Iron River Holdings, LLC et al<br>*Plaintiff*<br>v.<br>Iron River Land Company, LLC<br>*Defendant* | Case No. 2:24-cv-10013 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Cascades of Iron River Holdings, LLC and Benjamin T Friedman.

Date: 07/31/2024

/s/Alexander N. Loftus
*Attorney's signature*

Alexander N. Loftus
*Printed name and bar number*

161 N. Clark, Suite 1600
Chicago, Illinois 60601

*Address*

alex@loftusandeisenberg.com
*E-mail address*

(312) 899-6625
*Telephone number*

(312) 899-6625
*FAX number*