IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THE CASCADES OF IRON RIVER HOLDINGS, LLC et. al. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No: 2:24-cv-10013 |
| IRON RIVER LAND COMPANY, LLC | ) ) ) |
| Defendant. | ) ) |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Plaintiff, THE CASCADES OF IRON RIVER HOLDINGS, LLC. and BENJAMIN T. FRIEDMAN ("Plaintiffs"), hereby respectfully requests that this honorable Court grant leave to withdraw as counsel for Plaintiffs in the above-captioned lawsuit. In support of this motion, Plaintiffs states as follows:

Ross M. Good, one of the attorneys of record for Plaintiffs, hereby seeks an order permitting withdrawal in this matter. Pursuant to LR 83.25, an "attorney's appearance continues until entry of . . . a withdrawal." The reason for this request is that Ross M. Good no longer works for the law firm representing Plaintiffs. Plaintiffs will continue to be represented by Sara Joy Sturing (ECF. No. 17) and Alexander Loftus (ECF. No. 19).

**WHEREFORE**, Plaintiffs, THE CASCADES OF IRON RIVER HOLDINGS, LLC. and BENJAMIN T. FRIEDMAN, respectfully requests that this honorable Court grant this motion for leave to withdraw as counsel and that ROSS GOOD's appearance be withdrawn, *instanter*.

Dated August 2, 2024          Respectfully submitted,

                                                 **THE CASCADES OF IRON RIVER HOLDINGS,LLC.**
                                                 **and BENJAMIN T. FRIEDMAN,**

                                                  Plaintiffs
                                                  By:     /s/*Ross M. Good*
                                                               One of Their Attorneys

Ross M. Good
THE GOOD LAW GROUP
800 E. Northwest Hwy Suite 814
Palatine, IL 60074
Telephone: (847) 600-9576

Email:  ross@thegoodlawgroup.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THE CASCADES OF IRON RIVER HOLDINGS, LLC et. al.<br><br>    Plaintiff,<br><br>v.<br><br>IRON RIVER LAND COMPANY, LLC<br><br>    Defendant. | Case No: 2:24-cv-10013 |

**BRIEF IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Plaintiff, THE CASCADES OF IRON RIVER HOLDINGS, LLC. and BENJAMIN T. FRIEDMAN ("Plaintiffs"), states as follows in support of allowing Ross M. Good to withdraw as counsel in this matter:

In the Sixth Circuit, "attorney withdrawal issues are committed to the court's discretion." *Brandon v. Blech*, 560 F.3d 536, 537 (6th Cir. 2009). When determining the propriety of a motion to withdraw as counsel, Courts in the Sixth Circuit consult the American Bar Association's ("ABA") Model Rules of Professional Conduct ("MRPC") as well as the Court's own local rules. *Brandon*, 560 F.3d at 538. Courts sitting in the Sixth Circuit further consult the rules of the state in which they sit when ruling on a motion to withdraw. *King v. Curtis*, 610 Fed. Appx. 534, 537 (6th Cir. 2015) (unpublished); *Davis v. State Farm Fire & Cas. Co.*, 351 Fed. Appx. 990, 991 (6thCir. 2009) (unpublished). Accord Restatement (Third) of The Law Governing Lawyers § 1 cmt. b (2000) ("Federal district courts generally have adopted the lawyer code of the jurisdiction in which the court sits."). The Eastern District of Michigan's Local Rule 83.25(b) requires that Counsel obtain an order from this Honorable Court to withdraw their representation of the Subject Plaintiffs.

The American Bar Association's Model Rules of Professional Conduct - as well as the Michigan Rules of Professional Conduct - provide that a lawyer may withdraw from representing a client if withdrawal can be accomplished without material adverse effect on the interests of the client. American Bar Association Model Rules of Professional Conduct, Rule 1.16(b). Michigan Rules of Professional Conduct, Rule 1.16(b).

By virtue of the fact that Plaintiffs will continue to be represented by Sara Joy Sturing (ECF. No. 17) and Alexander Loftus (ECF. No. 19), there will be no material adverse effect by granting leave to withdraw. Accordingly, permitting Counsel to withdraw their representation of the Subject Defendants is permissible under Rule 1.16(b)(1) of the American Bar Association's Model Rules of Professional Conduct, as well as Rule 1.16(b) the Michigan Rules of Professional Conduct.

**WHEREFORE**, Plaintiffs, THE CASCADES OF IRON RIVER HOLDINGS, LLC. and BENJAMIN T. FRIEDMAN, respectfully requests that this honorable Court grant this motion for leave to withdraw as counsel and that ROSS GOOD's appearance be withdrawn, *instanter*.

Dated August 2, 2024                    Respectfully submitted,

                        **THE CASCADES OF IRON RIVER HOLDINGS,LLC.**
                        **and BENJAMIN T. FRIEDMAN,**
                        Plaintiffs
                        By:     /s/*Ross M. Good*
                                One of Their Attorneys

Ross M. Good
THE GOOD LAW GROUP
800 E. Northwest Hwy Suite 814
Palatine, IL 60074
Telephone: (847) 600-9576
Email: ross@thegoodlawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

       /s/Ross M. Good