AO 85 (Rev. 01/09)  Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| THE CASCADES OF IRON RIVER HOLDINGS, LLC | ) | Civil Action No. 2:24-CV-10013 |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Honorable   Brandy R. McMillion |
| | ) | |
| IRON RIVER LAND COMPANY, LLC ET AL., | ) | Magistrate Judge Curtis Ivy, Jr. |
| *Defendant* | | |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a Magistrate Judge's availability.*  A United States Magistrate Judge of this Court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment.  The judgment may then be appealed directly to the United States Court of Appeals like any other judgment of this court.  A Magistrate Judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a Magistrate Judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a Magistrate Judge's authority.*  The following parties consent to have a United States Magistrate Judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| Alexander Loftus | /s/ Alexander Loftus | 10/23/2024 |
| Brian Herschfus | /s/ Brian H. Herschfus | October 23, 2024 |

**Reference Order**

**IT IS ORDERED:**  This case is referred to a United States Magistrate Judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date:  October 23, 2024                              s/Brandy R. McMillion

*District Judge's signature*

Brandy R. McMillion, United States District Judge

*Printed name and title*

Note:  Return this form to the Clerk of the Court **ONLY IF** all parties have consented **ON THIS FORM** to the exercise of jurisdiction by a United States Magistrate Judge.  Return the first page of this form by e-filing a PDF version under "Notices."