UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THE CASCADES OF IRON RIVER HOLDINGS, LLC, and BENJAMIN T. FRIEDMAN,<br>    Plaintiffs,<br>v.<br><br>IRON RIVER LAND COMPANY, LLC, and ROBERT W. POSSANZA,<br>    Defendants.<br>_____/ | Case No. 24-10013<br><br>Curtis Ivy, Jr.<br>United States Magistrate Judge |

## CASE MANAGEMENT ORDER

| SUMMARY OF MAJOR DEADLINES ||
|---|---|
| EVENT | DEADLINE |
| Rule 26(a) Initial Disclosures | November 15 2024 |
| Amendment of Pleadings or Joinder | December 1, 2024 |
| Fact Discovery Cutoff | April 1, 2025 |
| Plaintiffs' and Defendants' Expert Disclosures | May 1, 2025 |
| Expert Deposition Cutoff | June 2, 2025 |
| Dispositive Motions and Challenges to Experts | July 1, 2025 |
| Motions in Limine, pretrial order and conference, and trial dates | To be addressed at a later date |

Before the Court is the parties' joint discovery plan.  (ECF No. 26).  In it, the parties consented to the undersigned having full jurisdiction over this case.  The Court reviewed the joint plan and finds the parties' agreements reasonable.  The following case management schedule will govern the future course of this case:

A.     AMENDMENT OF PLEADINGS

Neither party conveyed intent to amend their pleadings, but any amendments should conform to Fed. R. Civ. P. 15.

B.     JURY TRIAL

A jury trial has not been demanded.

C.     INITIAL RULE 26(a)(1) DISCLOSURES

The parties will make initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) by November 15, 2024.

D.     WITNESS LISTS

Expert witness disclosures are due May 1, 2025.  Normally a witness should be identified by name or with sufficient specificity that a particular person can later be identified.  Custodians of records need not be identified by name but the records sought should be identified so the proper custodian for those records can be identified.  Non-expert witness lists should include a short (one or two sentence) summary of the witness's expected testimony.  Expert witness disclosures should

include the reports required by Federal Rule of Civil Procedure 26(a)(2)(B). No witness may be called for trial unless that witness's name is listed by the above date, without a stipulation or order of the court that would be based on a showing that the witness sought could not reasonably have been listed as of that date.

E. DISCOVERY

All discovery must be initiated such that it is completed by the deadlines indicated herein. Fact discovery must be completed by April 1, 2025. Extensions of court-supervised discovery are not ordinarily granted in the absence of unusual circumstances. That said, a party may move to extend scheduling order deadlines addressing Fed. R. Civ. P. 16(b) good cause factors. All motions to compel disputed discovery or for protective orders must be filed promptly (within 14 days) of notice of the dispute or they will not be considered, absent an extraordinary showing of good cause. **Prior to filing a motion to compel, the moving party must seek concurrence in the relief sought and certify attempts to do so under Local Rule 7.1**.

F. DISPOSITIVE MOTIONS

Dispositive motions (motions to dismiss or for summary judgment, etc.) and motions challenging experts must be filed by July 1, 2025. The procedures associated with such motions are governed by the Local Rules and the district

judge's practice guidelines, which are both located on the Court's website. *See* www.mied.uscourts.gov.

G. SETTLEMENT

A settlement conference will be scheduled after the completion of discovery and/or at the request of the parties. The parties are directed to the contact the Court to schedule a settlement conference.

H. CIVILITY

The parties are reminded of their responsibilities under the Civility Principles of this court, which are located as an appendix to the Local Rules of the Eastern District of Michigan.

I. MAGISTRATE JUDGE JURISDICTION

The parties have consented to allow a United States Magistrate Judge to conduct any and all proceedings in this case, including a jury or nonjury trial, and to order the entry of a final judgment, pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73.

**IT IS SO ORDERED**.

Date: October 29, 2024.　　　　　　　　　　s/Curtis Ivy, Jr.
　　　　　　　　　　　　　　　　　　　　Curtis Ivy, Jr.
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge